| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Collins, Audrey B. | 2. Court or Organization U.S. District Court | 3. Date of Report 04/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief U. S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Edward Roybal Federal Building 255 E. Temple St., Ste. 670 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994-2009 | Los Angeles County Retirement Association (No Control) |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 10 A 10: 47 RECEIVED

Collins, Audrey B.

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Los Angeles County Retirement Association (LACERA) | $35,132.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Los Angeles County Department of Public Health- salary |
| 2. 2009 | (as of 10/5/2009 retirement) Los Angeles County Retirement Association |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Mutual | A | Interest | L | T | | | | | |
| 2. Charles Schwab Brokerage | | | | | | | | | |
| 3. -- Roche Holding Company | A | Dividend | K | T | | | | | |
| 4. -- Givaudan (split from Roche) | A | Dividend | J | T | | | | | |
| 5. -- Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 6. Dodge & Cox Balanced Fund | A | Dividend | K | T | | | | | |
| 7. American Century Ginnie Mae | A | Dividend | J | T | | | | | |
| 8. IRA #1 - Charles Schwab | C | Dividend | M | T | | | | | |
| 9. -- MRK | | | | | | | | | |
| 10. -- MHS | | | | | | | | | |
| 11. -- PHSY (Now PHS) | | | | | | | | | |
| 12. -- Gilead | | | | | | | | | |
| 13. -- VTSMX | | | | | | | | | |
| 14. -- Roche Holding | | | | | | | | | |
| 15. -- JAWWX | | | | | | | | | |
| 16. -- FCVSX | | | | | | | | | |
| 17. -- TWIEX | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- TBGVX | | | | | | | | | |
| 19. -- VFIIX | | | | | | | | | |
| 20. -- FTCHX | | | | | | | | | |
| 21. -- GABGX | | | | | | | | | |
| 22. -- JAMRX | | | | | | | | | |
| 23. -- VTSMX | | | | | | | | | |
| 24. -- VIVAX | | | | | | | | | |
| 25. -- NAESX | | | | | | | | | |
| 26. IRA #2 - Charles Schwab (y) See Section VIII | | | | | | | | | |
| 27. -- MRK | | | | | | | | | |
| 28. -- MHS | | | | | | | | | |
| 29. -- PHS | | | | | | | | | |
| 30. -- Gilead | | | | | | | | | |
| 31. -- Integrated Devices Tech. | | | | | | | | | |
| 32. -- Cypress Semi-Conductor | | | | | | | | | |
| 33. -- Roche Holding | | | | | | | | | |
| 34. -- BGNMX | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Mutual Beacon | A | Dividend | J | T | | | | | |
| 37. County of L.A. Savings Plan (See Sect. VIII) | A | Interest | K | T | | | | | |
| 38. --Savings Stable Value Fund (See Sect. VIII) | | | | | | | | | |
| 39. --Bank Depository Fund (See Sect. VIII) | | | | | | | | | |
| 40. T. Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 41. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 42. Victory Investment Grade Convertible | A | Dividend | J | T | | | | | |
| 43. Torray Fund | A | Dividend | J | T | | | | | |
| 44. GAMCO Westwood Equity Fund | A | Dividend | J | T | | | | | |
| 45. Mairs & Power Growth Fund | A | Dividend | K | T | | | | | |
| 46. The Royce Fund | A | Dividend | K | T | | | | | |
| 47. Greenspring Fund, Inc. | A | Dividend | J | T | | | | | |
| 48. LA County Deferred Comp & Thrift Plan (See Sect VII) | A | Interest | K | T | | | | | |
| 49. Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |
| 50. Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VII. INVESTMENTS AND TRUSTS

Line 26: On April 22, 2008, _____ rolled over his entire IRA to the Los Angeles County Employees Retirement Association (LACERA), another qualified distribution plan. The rolled-over funds were subsequently used to purchase additional years of County service for retirement. _____ no longer has custody or control of these funds. This IRA no longer exists. See also 2008 report at Section VIII.

Line 35: The Citibank account, formerly on line 35, now fails the qualifying reporting requirements. No income was generated & its gross value was well under $5000

Line 37: County of Los Angeles Savings Plan - In May and June, 2008, _____ rolled-over his funds from his County of Los Angeles Savings Plan to the Los Angeles County Employees Retirement Association (LACERA), another qualified distribution plan. The rolled-over funds were subsequently used to purchase additional years of County service for his retirement. However, he continued to contribute until his retirement from Los Angeles County on October, 5, 2009. These contributions are reflected on line 37. See also 2008 Report at Section VIII for more details.

Lines 38-39: Investments within the County of Los Angeles Savings Plan - In October 2007, _____ transferred his investment in the County of Los Angeles to the Savings Stable Value Fund, formerly the Stable Value Fund, and the Bank Depository Fund, formerly the City National Bank Fund. See also 2008 Report at Section VIII for more details.

Line 48. Los Angeles County Deferred Compensation and Thrift Plan - In May & June, 2008, _____ rolled-over funds in his Los Angeles County Deferred Compensation and Thrift Plan to the Los Angeles County Employees Retirement Association (LACERA), another qualified distribution plan. The rolled-over funds were subsequently used to purchase additional years of County service for retirement. _____ no longer has custody or control of these funds. However, he continued to contribute until his retirement from Los Angeles County on October 5, 2009. These contributions are reflected on line 48.

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 04/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544